682

KIM LAUBE & COMPANY, INC., a
California Corporation, Kim Laube,
an individual, Plaintiffs–Appellants

v.

WAHL CLIPPER CORPORATION, an
Illinois Corporation, Defendant–
Appellee

Does 1–10, 1 to 10, Inclusive,
Defendants.

Nos. 2014–1111, 2014–1457.

United States Court of Appeals,
Federal Circuit.

Feb. 10, 2015.

Thomas Peter Pavelko, Novak Druce +
Quigg LLP, Washington, DC, argued for
plaintiffs-appellants. Also represented by
Henry A. Petri, Jr., Daniel Patrick Mullar-
key.

Mark A. Hagedorn, Barnes & Thorn-
burg LLP, Chicago, IL, argued for defen-
dant-appellee. Also represented by Joan
Louise Long.

PROST, Chief Judge, BRYSON and
WALLACH, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and con-
sidered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.